IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

COREY SCHOENROCK,

    Plaintiff,

v.

STATE OF WISCONSIN,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-495-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_Peter Oppeneer_      9/12/2012

Peter Oppeneer, Clerk of Court      Date