# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

COREY SCHOENROCK,

    Plaintiff,

                                   JUDGMENT IN A CIVIL CASE

v.                                                      12-cv-495-bbc

STATE OF WISCONSIN,

    Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_Peter Oppeneer_                            9/12/2012
Peter Oppeneer, Clerk of Court             Date